Micaela RAMIREZ, Petitioner,

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 99SC814.

Supreme Court of Colorado,
En Banc.

Sept. 17, 2001.

David S. Kaplan, Colorado State Public
Defender, Elizabeth Griffin, Deputy State
Public Defender, Denver, CO, Attorneys for
the Petitioner.

Ken Salazar, Attorney General, Jerry N.
Jones, Special Assistant Attorney General,
Appellate Division, Denver, CO, Attorneys
for the Respondent.

PER CURIAM.

Justice Kourlis, Justice Hobbs and Justice
Rice are of the opinion that the judgment of
the court of appeals, 997 P.2d 1200 (Colo.
App.1999), should be affirmed; whereas
Chief Justice Mullarkey, Justice Martinez,
and Justice Bender are of the opinion that it
should be reversed. Justice Coats does not
participate.

Since the court is equally divided, the deci-
sion of the court of appeals is affirmed by
operation of law. *See* C.A.R. 35(e).

Justice COATS does not participate.